UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Edgar Searcy, #04726-031, ) | |
| ) | Civil Action No.: 6:07-3347-GRA |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | (Written Opinion) |
| ) | |
| NFN Skinner; United States; U.S. ) | |
| Attorney General; Director, Bureau of ) | |
| Prisons; Warden, Bennettsville FCI; ) | |
| Warden, Estill FCI; Federal Bureau of ) | |
| Prisons; Unknown Employees of U.S. ) | |
| Department of Health; Carlos ) | |
| Brownlee, ) | |
| ) | |
| Defendants. ) | |

This matter comes before the Court on the plaintiff's motion to reconsider judgment. Plaintiff brings this claim *pro se.* This Court is required to construe *pro se* pleadings liberally. Such pleadings are held to a less stringent standard than those drafted by attorneys. *See Gordon v. Leeke*, 574 F.2d 1147, 1151 (4th Cir. 1978). This Court is charged with liberally construing a pleading filed by a *pro se* litigant to allow for the development of a potentially meritorious claim. *See Boag v. MacDougall*, 454 U.S. 364, 365 (1982).

After a thorough review of the plaintiff's motion, this Court finds that it does not contain anything that compels this Court to reconsider judgement. Therefore, the plaintiff's motion is DENIED.

IT IS THEREFORE SO ORDERED THAT the plaintiff's motion be DENIED.

IT IS SO ORDERED.

_____
G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

Anderson, South Carolina
February 3 , 2009

### NOTICE OF RIGHT TO APPEAL

Pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure, Petitioner has the right to appeal this Order within thirty (30) days from the date of its entry. Failure to meet this deadline, as modified by Rule 4 of the Federal Rules of Appellate Procedure, **will waive the right to appeal**.